UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID SHELBY,

    Petitioner,

                                                       Case Number 09-12800-BC

v.                                                Honorable Thomas L. Ludington

C. ZYCH,

    Respondent.

_____/

## JUDGMENT

In accordance with the Opinion and Order Denying Petition for Writ of Habeas Corpus entered on this date,

It is **ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED**.

                                                               s/Thomas L. Ludington
                                                                THOMAS L. LUDINGTON
                                                                United States District Judge

Dated: August 21, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 21, 2009.

                                    s/Tracy A. Jacobs
                                    TRACY A. JACOBS